Hearing:  March 22, 2018 at 11:00 a.m.<br>
Objection Deadline:  February 20, 2018

David S. Rosner
Howard W. Schub
Robert M. Novick
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
*Special Counsel to Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CIL LIMITED,<br><br>                          Debtor. | Chapter 7<br><br>Case No. 13-11272 (JLG) |
| SALVATORE LaMONICA, as Chapter 7 Trustee for CIL Limited,<br><br>                          Plaintiff,<br><br>v.<br><br>CEVA GROUP PLC, CEVA HOLDINGS LLC, CEVA LOGISTICS FINANCE B.V., GARETH TURNER, and MARK BEITH,<br><br>                          Defendants. | Adv. Proc. No. 14-02442 (JLG) |

**NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR LIMITED
RECONSIDERATION AND AMENDMENT OF THE COURT'S JANUARY 23, 2018
<u>ORDER AND FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT</u>**

PLEASE TAKE NOTICE, that Salvatore LaMonica, as Chapter 7 Trustee for CIL Limited, has filed a Motion for Limited Reconsideration and Amendment of the Court's January 23, 2018 Order and for Leave to File a Second Amended Complaint (the "<u>Motion</u>").

<u>Your rights may be affected</u>.  You should read the Motion papers carefully and discuss them with your attorney, if you have one in this adversary proceeding.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then on or before **February 20, 2018** (the "Objection Deadline"), you or your attorney must file with the court a written response explaining your position (i) electronically in accordance with General Order M-399 found at www.nysb.uscourts.gov, the official website for the court, by registered users of the court's case filing system, or (ii) at the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "Courthouse").

If you mail a copy of your response to the court for filing, you must mail it early enough so the court will receive it on or before the Objection Deadline.

You must also:

- Send a copy of your response to the undersigned special counsel to the Chapter 7 Trustee so as to be received by no later than the Objection Deadline;

- Send two paper copies of your response to the chambers of the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, at the Courthouse; and

- Attend the hearing scheduled to be held on **March 22, 2018 at 11:00 a.m.** before the Honorable James L. Garrity, Jr., in Courtroom 601 of the Courthouse.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: February 6, 2018
New York, New York

    KASOWITZ BENSON TORRES LLP

    By: */s/ David S. Rosner*
    David S. Rosner (drosner@kasowitz.com)
    Howard W. Schub (hschub@kasowitz.com)
    Robert M. Novick (rnovick@kasowitz.com)
    1633 Broadway
    New York, New York 10019
    Telephone:  (212) 506-1700
    Facsimile:  (212) 506-1800

    *Special Counsel to Chapter 7 Trustee*