**Related documents redacted in accordance with the Court's Order signed on July 17, 2018 granting the Trustee's Motion to File Under Seal [ECF No. 153].**

**Hearing Date: To Be Determined**
**Opposition Date: June 14, 2018**

Richard I. Werder Jr. (rickwerder@quinnemanuel.com)
Corey Worcester (coreyworcester@quinnemanuel.com)
Benjamin I. Finestone (benjaminfinestone@quinnemanuel.com)
Julia Beskin (juliabeskin@quinnemanuel.com)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

In re

CIL Limited, f/k/a CEVA Investments Limited and CEVA Logistics Limited,

  Debtor.

Chapter 7

Case No. 13-11272-JLG

---------------------------------------------------------- x

SALVATORE LaMONICA, as Chapter 7 Trustee for CIL Limited,

  Plaintiff,

  v.

CEVA GROUP PLC, CEVA HOLDINGS LLC, CEVA LOGISTICS FINANCE B.V., GARETH TURNER, and MARK BEITH,

  Defendants.

Adv. Proc. No. 14-02442-JLG

---------------------------------------------------------- x

## NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE, that Salvatore LaMonica, as Chapter 7 Trustee for CIL Limited, has filed a Motion for Partial Summary Judgment seeking an entry of judgment in the Trustee's favor on Counts 4 (violation of the automatic stay) and 5 (avoidance of unauthorized post-petition transfer) of the Amended Complaint ("Trustee's Motion"). The papers accompanying the Trustee's Motion set forth the reasons that the Trustee believes he is entitled to such relief.

Pursuant to the Stipulated Scheduling Order executed by the Parties to this action on April 18, 2018, any objections to the Trustee's Motion shall be filed with the Court and served on the parties on or before June 14, 2018. A hearing to consider the relief requested in the Trustee's Motion will be held before the Honorable Judge James L. Garrity, Jr., United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on a date as yet to be determined.

Dated: May 10, 2018
New York, New York

By:     /s/ Corey Worcester

QUINN EMANUEL URQUHART & SULLIVAN LLP

Richard I. Werder, Jr.
Corey Worcester
Ben I. Finestone
Julia M. Beskin
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Special Litigation Counsel*
*for the Chapter 7 Trustee*